IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02165-PAB-MEH

DENNIS SLADEK,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, COLORADO,
CITY OF COLORADO SPRINGS CITY COUNCIL,
STEPHEN BACH,
EL PASO COUNTY, COLORADO,
CITY OF FOUNTAIN, COLORADO,
TOWN OF GREEN MOUNTAIN FALLS, COLORADO,
TOWN OF MONUMENT, COLORADO,
TOWN OF WOODLAND PARK, COLORADO, and
TOWN OF PALMER LAKE, COLORADO,

      Defendants.

---

## **AMENDED** MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2013.**

On October 16, 2013, Defendant El Paso County filed a Motion to Dismiss Amended Complaint [docket #35], and Plaintiff filed a Motion for Clarification [docket # 37]. Plaintiff's Motion seeks a clarification of the Court's October 3, 2013 Minute Order [docket #33], which addressed deadlines for Plaintiff's Responses to two other pending Motions to Dismiss [docket ## 25, 31]. The Plaintiff's Motion for Clarification is **granted** as follows. Consistent with the deadlines for Plaintiff's Responses to the two other pending Motions to Dismiss, Plaintiff's Response to Defendant El Paso County's Motion to Dismiss is due **November 29, 2013** or, in accordance with D.C. Colo. LCivR 7.1C, twenty-one (21) days after the Town of Palmer Lake Answers or Responds, whichever date comes first.