IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02165-PAB-MEH

DENNIS SLADEK,

    Plaintiff,

v.

TOWN OF PALMER LAKE, COLORADO,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2014**.

    Defendant Town of Palmer Lake, Colorado's ("Palmer Lake") Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [filed December 24, 2013; docket #61] is **denied without prejudice** as premature. The Motion for Sanctions seeks attorney's fees and costs incurred in filing Palmer Lake's Motion to Dismiss [docket #41] pursuant to Fed. R. Civ. P. 11(c)(2). This Court recommended granting the Motion to Dismiss on January 22, 2014 [docket #69], and the District Court has not yet ruled on that recommendation. Thus, Palmer Lake is permitted to re-file its Motion for Sanctions, if appropriate, after the District Court has issued a final ruling on the pending Motion to Dismiss.