**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02165-PAB-MEH

DENNIS SLADEK,

      Plaintiff,

v.

TOWN OF PALMER LAKE, COLORADO,

      Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Accepting Magistrate Judge's Recommendation, entered by the Honorable Philip A. Brimmer, United States District Judge, on February 18, 2014,

IT IS ORDERED that:

1.  The Recommendation of United States Magistrate Judge [Docket No. 69] is ACCEPTED.

2.  Defendant Town of Palmer Lake, Colorado's Motion to Dismiss, with Prejudice, Plaintiff's Amended Complaint [Docket No. 41] is GRANTED.

3.  This case and the claims contained therein are DISMISSED WITHOUT PREJUDICE.

Accordingly, final judgment is entered in favor of Defendant Town of Palmer Lake and against Plaintiff Dennis Sladek, and costs are awarded to the defendant in accordance with the procedures set forth in Fed. R. Civ. P. 54 and D.C.COLO.LCivR 54.1, upon the filing of a Bill of Costs within 14 days' entry of judgment.

Dated at Denver, Colorado, this   20th   day of February 2014.

                                  BY THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By:  s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk