**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02165-PAB-MEH

DENNIS SLADEK,

    Plaintiff,

v.

TOWN OF PALMER LAKE, COLORADO,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Amended Order Accepting Magistrate Judge's Recommendation, entered by the Honorable Philip A. Brimmer, United States District Judge, on February 18, 2014. It is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 69] is **ACCEPTED**. It is

**FURTHER ORDERED** that Defendant Town of Palmer Lake, Colorado's Motion to Dismiss, with Prejudice Plaintiff's Amended Complaint [Docket No. 41] is **GRANTED**. It is

**FURTHER ORDERED** that this case and the claims contained therein are **DISMISSED WITHOUT PREJUDICE as MOOT**. It is

**FURTHER ORDERED** that final judgment is entered in favor of defendant TOWN OF PALMER LAKE, COLORADO and against plaintiff DENNIS SLADEK, and costs are

awarded to the defendant in accordance with the procedures set forth in Fed. R. Civ. P. 54 and D.C.COLO.LCivR 54.1, upon the filing of a Bill of Costs within 14 days' entry of judgment.

Dated at Denver, Colorado, this 28th day of February 2014.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Kathy Preuitt-Parks
Kathy Preuitt-Parks